IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-06068 SEK

JUAN MIGUEL MUNOZ MUNOZ

Chapter 13

YARALICE ROSA MEDINA

XXX-XX-2309

XXX-XX-8812

FILED & ENTERED ON 09/22/2010

Debtor(s)

ORDER

Debtors' Motion Requesting Authorization to use 2009 Tax Refunds filed on 09/02/2010 (Docket No. 30) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this September 22, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES